UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN RILEY,

    Plaintiff,

v.                                                 Case No: 6:17-cv-254-Orl-40DCI

UNITED PARCEL SERVICE OF AMERICA, INC.,

    Defendant.
_____/

## FINAL JUDGMENT

This cause comes before the Court on Defendant, United Parcel Service of America, Inc.'s, Motion for Entry of Final Judgment and Supporting Memorandum of Law pursuant to Federal Rule of Civil Procedure 58(d). (Doc. 59), filed on October 27, 2017. Plaintiff, John Riley, did not respond and the motion is now ripe for adjudication.

On April 14, 2017, Defendant filed a Motion to Dismiss alleging the Plaintiff, John Riley, lacked standing pursuant to Federal Rule of Civil Procedure 12(b)(1). (Doc. 30). On October 2, 2017, this Court granted Defendant's motion to dismiss. (Doc. 58). "[A] dismissal for lack of standing has the same effect as a dismissal for lack of subject matter jurisdiction under Rule 12(b)(1)." *Stalley ex rel. United States v. Orlando Reg'l Healthcare Sys., Inc.*, 524 F.3d 1229, 1232 (11th Cir. 2008). Accordingly, the Order granting Defendant's motion to dismiss is a final order and entry of final judgment is proper at this time.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Entry of Final Judgment and Supporting Memorandum of Law (Doc. 59) is **GRANTED**; and

2. Final Judgement is entered in favor of United Parcel Service of America, Inc.

**DONE AND ORDERED** in Orlando, Florida on January 23, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties